# DECLARATION OF CRAIG BOAS

Pursuant to 28 U.S.C. § 1746, I state as follows:

1. I am currently employed by Angie's List and live in Greenwood, Indiana. I have been employed by Angie's List since 2005.

2. I am currently the Director of Sales Originations in the Sales Originations Department and have held this position since July of 2015. Certain sales managers in the Sales Originations Department report to myself and others report to two other Directors. Prior to this position, I was an Advertising Sales Section Manager in what is now the Sales Originations Department.

3. Angie's List operates a national local services consumer review service and marketplace where consumers can research, shop for and purchase local services for critical needs, such as home, health and automotive services, as well as rate and review the service providers of these services across hundreds of markets in the United States.

4. There are multiple departments at Angie's List, one being the Sales Originations Department. The Client Success Department (formerly Account Management) and the E-Commerce Department are different departments at Angie's List. The Senior Director of the Client Success Department is James Ledo. The Director of the E-Commerce Department is Phil Harkenrider. Each department serves a very different function, with different job positions.

5. The Sales Originations Department and the E-Commerce Department are located in separate buildings. The Sales Originations Department, the Client Success Department, and the E-Commerce Department each have their own separate job positions, compensation plans, management, directors, and reporting structure. Also, within each Department, there are different job positions, compensation plans, and managers.

6. There are multiple job positions in the Sales Originations Department and job positions have changed dramatically over the last several years. In the year 2013, there was a job position called Advertising Sales Consultant (otherwise known as Advertising Sales Representative). As of October of 2015, that position no longer existed. In October of 2015, there were several new positions created in Sales Originations, including Discovery Representative, Eligibility Representative, and a Senior Solutions Consultant. Each of these positions have different duties and responsibilities. Over the years, pilot positions have been created and held for a period of time by some employees in the Sales Originations Department. Some of the pilot positions had different duties, expectations, and responsibilities than existing positions.

7. There are no positions of "Account Manager" or "Account Executive" in the Sales Originations Department.

8. Troy Padilla was not a member of the Sales Originations Department, but rather held an exempt Account Services Representative position in the separate Client Success (formerly Account Management) Department. The exempt status of the position is listed on the Account Services Representative position description.

9. There are no positions of "Big Deal Representative/Consultant" in the Sales Originations Department.

10. Daniel Arnold and Stephen Goens were Big Deal Representatives in the now defunct Big Deal Department and never worked in the Sales Originations Department. Ryan Galbraith was a Big Deal Representative in a separate department and had not worked in the Sales Origination Department since June of 2013.

11.  Andrew Barton held a position of E-Commerce Sales Representative and was not part of the Sales Originations Department until approximately October of 2014.

12.  James Bryan Grant held an exempt Advertising Sales Training Specialist position from approximately February 2014 through May of 2015. This position involves training and not sales. The exempt status is listed on the Advertising Sales Training Specialist position description.

13.  Angie's List's written policies in its employee handbook require all employees to record their time worked accurately, provides that non-exempt employees are entitled to overtime pay, prohibits falsifying a time card, understating or overstating hours, or working "off the clock," and requires employees to notify their supervisor or Payroll immediately if there is an error on their paycheck.

14.  Non-exempt employees in the Sales Originations Department are instructed to accurately record all time worked in the time-keeping program. Prior to May of 2016 the time-keeping program was called TimeTracker and was part of the SalesForce database. They individually submit their recorded hours worked on a weekly basis.

15.  Both in my current role and in my previous role of Senior Advertising Sales Manager, I have not instructed any non-exempt employee to not record or under-record time they actually worked in excess of 40 hours per workweek.

16.  I have not instructed any manager that non-exempt employees were not permitted to report time they had actually worked over 40 hours in a workweek.

17.  I knowingly make this statement of my own free will and after having the opportunity to make any corrections that I feel are necessary.

18. Under penalty of perjury, I declare that the foregoing is true and correct to the best of my knowledge and recollection.

Signed on this 14 day of July, 2016.

_____
Craig Boas