# EXHIBIT D



| | | |
|---|---|---|
| salesforce.com, inc.<br>San Francisco, CA 94105<br>United States | | INVOICE |

| | |
|---|---|
| Bill To:<br>Angie's List, Inc.<br>Attn: Kevin Rickard<br>1030 E Washington St<br>Indianapolis, IN 46202<br>US<br><br>Ship To:<br>INDIANAPOLIS, IN 46202-3953<br>US | Invoice Number: 09982116<br>Invoice Date: 3/2/2017<br>Invoice Due Date: 4/16/2017<br>Payment Terms: Net 45<br>Payment Method: Check<br>Account Number: ▇▇▇▇▇▇<br>Contract Number: ▇▇▇▇▇▇<br>**Invoice Amount: USD 15,000.00** |

## Remittance Information

Remit To:
Salesforce.com Inc
P.O. Box 203141
Dallas, TX 75320-3141
United States

Wire Transfer To:
| | |
|---|---|
| Bank Name: | Wells Fargo |
| Bank Address: | 420 Montgomery St.<br><br>San Francisco, CA 94104<br>USA |
| A/C Name: | SALESFORCE.COM INC (AR) |
| Swift Code: | ▇▇▇▇▇▇ |
| A/C No: | ▇▇▇▇▇▇ |
| ABA No.: | ▇▇▇▇▇▇ |

Please reference invoice number 09982116 with your payment.

## Invoice Details

Vendor: Salesforce.com

Purchase Order #: Case # 14881083

| | Service | Quote # | Months | Qty | Unit Price+ | Tax Rate | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | Log Analysis | | | 1 | 15,000.00 | 0% | 0.00 | 15,000.00 |
| | Log Analysis request for org ID 00D30000001FAv5 | | | | | | | |
| | | | | | | | Subtotal: | USD 15,000.00 |

Salesforce.com Total Charges: USD 15,000.00

---

+ The unit price shown above has been rounded to two decimal places for display purposes. As many as eight decimal places may be present in the actual price. The total price for this invoice was calculated using the actual price, rather than the unit price displayed above, and is the true and binding total for this Invoice.

Please note: Access to salesforce.com CRM subscription services is through remote Internet browser. This on-demand CRM service does not include the transfer of any software.

For more information regarding billing for your account, please view your account summary at: https://store.salesforce.com/apex/statementlist *

For answers to frequently asked billing questions, please visit our Billing FAQ at: http://www.salesforce.com/company/faq.jsp

The taxes and fees for Lightning Voice other than sales tax will vary based on jurisdiction and are listed at: http://www.salesforce.com/assets/pdf/misc/telecom-taxes-and-fees-list.pdf

To log a case regarding a billing query, please click here:https://www.salesforce.com/form/contact/billing-contact.jsp

contact customer service at 415-901-8457 for any questions.

This invoice was generated using Salesforce.

* Requires login access to Checkout.



San Francisco, CA 94105
United States

ANGIE'S LIST, INC.
ATTN: KEVIN RICKARD
1030 E WASHINGTON ST
INDIANAPOLIS, IN 46202
US

---

Please return this portion with your payment and reference your invoice number on your check payment.

| Please send payment to: | Account Name: Angie's List, Inc. | Invoice Number: 09982116 |
| Salesforce.com Inc | Account Number: | Invoice Date:3/2/2017 |
| P.O. Box 203141 | Contract Number: | Invoice Due Date: 4/16/2017 |
| | | Invoice Amount: USD 15,000.00 |
| Dallas, TX 75320-3141 | | |
| United States | | Payment Amount: _____ |
| | | Check Number: _____ |