# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| NICK WILLIAMS, et al., ) | |
| ) | CASE NO. 1:16-cv-878-WTL-MJD |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| ANGIE'S LIST, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER ON PARTIES' JOINT MOTION FOR LEAVE TO FILE MATERIALS UNDER SEAL

Plaintiffs Nick Williams, Andy Town, James Bryan Grant, Erin Burgess, Devin Myers, Andrew Barton, Nick Jackson, Jim Pierce, Dustin Morris, Chris Williams, Adam Wright, Dan Thacker, Ryan Galbraith, Robert Avila, Jeffrey Gaer, James Jenkins, Tina Jenkins, Zach Mayhew, Desmond White, Troy Padilla, Bob Thomas, Jennifer Leeman Abades, Lisa Hensley, Matt Rynard, Sam Maxwell, Greg Nowlin, Adam Gillam, Justin Glover, Danny Arnold, Christine Davis, Todd Goens, Zach Syrus, Bill Hines, Derek Hollingworth, Hagen Yungwirth, Mike Browning, Andrew Suzano, James Chambers, Kelly Keeefer, Susan MacKenzie, David Basbagill, Courtney Spear Kozlowski, Aaron Landers, Maggie Leonard, Jason Mazur, Eduardo Calderin, Crystal Chaudion, Justin Flynn, and Marty Porter, and Defendant Angie's List, Inc., by counsel, having filed their Joint Motion for Leave to File Materials Under Seal, and the Court, having reviewed the same and being duly advised in the premises, now GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Settlement Agreement and Addendums shall be, and hereby are, to remain under seal.

SO ORDERED this 14th day of November, 2017.

*William T Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

*Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.*